David Kuttles, Esq.
Admitted Pro Hac Vice
The Lanier Law Firm
535 Madison Avenue, 12th Floor
New York, NY 10022
(T) 212-421-2800
(F) 212-421-2878
david.kuttles@lanierlawfirm.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard Implanted Port Catheter Products Liability Litigation | MDL No. 3081 |
| THIS DOCUMENT RELATES TO: | **MASTER SHORT-FORM COMPLAINT AND JURY TRIAL DEMAND** |
| JEFFREY FREETH | |
| _____, | |
| Plaintiff(s), | |
| v. | |
| Becton Dickinson and Company, et al., | |
| Defendants. | |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate(s) by reference the Second Amended Master Complaint in MDL 3081 (Doc. 1889). Pursuant to Case Management Order No. 7, as amended (Docs. 112, 145, 526, 2343), this Short-Form Complaint adopts the allegations, claims, and relief as set forth in the Second Amended Master Complaint (Doc. 1889). As set forth below, Plaintiff(s) may include (a) additional claims and allegations against Defendants, as set forth in Paragraph 15 or an additional sheet attached hereto; and/or (b) additional claims and allegations against other Defendants, as set forth in Paragraph 5 or an additional sheet attached hereto. Plaintiff(s) further allege(s) as follows:

## I.  PLAINTIFF(S)

1. Name of Plaintiff/Decedent implanted with Bard Implanted Port Catheter Product ("Device") (first, middle, and last name):

Jeffrey Freeth

2. Name of Plaintiff/Decedent's spouse (if bringing a loss-of-consortium claim):

N/A

3. Other Plaintiff and capacity (*i.e.*, administrator, executor, guardian, conservator, representative, survivor, etc.), if any:

N/A

## II.  DEFENDANT(S)

4. Plaintiff(s) name(s) the following Defendant(s) in this action:

☒ Becton, Dickinson and Company

☒ C.R. Bard, Inc.

☒ Bard Access Systems, Inc.

☒ Bard Peripheral Vascular, Inc.

5. Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties and their citizenship are as follows:

_____

_____

_____

## III.  JURISDICTION AND VENUE

6. City and State of domicile of each Plaintiff at time of filing Plaintiff(s)' initial Complaint:

Rio Vista, CA

7. City and State of residence of Plaintiff/Decedent at the time of Device placement:

Rio Vista, CA

8. City and State of residence of Plaintiff/Decedent at the time of alleged injury for which a claim is asserted:

Rio Vista, CA

9. Basis for jurisdiction:

☒ Diversity of citizenship (28 U.S.C. § 1332(a))

☐ Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

10. Designated forum (United States District Court and Division, if applicable) in which Plaintiff asserts personal jurisdiction and venue would be proper absent direct filing in this MDL:

United States District Court for the Eastern District of California

IV.   **PRODUCT USE AND INJURY**

11. Plaintiff/Decedent was implanted with the following Device(s) and alleges that the Device(s) caused their injuries[1]:

☐ BardPort M.R.I. Implantable Port

☐ BardPort M.R.I. Low-Profile Implantable Port

☐ BardPort Titanium Dome Implantable Port

☐ BardPort Titanium Implantable Port

☐ M.R.I. Plastic Dual Lumen Port

☐ M.R.I. Ultra SlimPort Implantable Port

☐ Peritoneal Titanium Port

☐ PowerFlow Implantable Apheresis IV Port

☐ PowerPort ClearVUE isp Implantable Port

---

[1] Check all that apply. See Exhibit A for additional information regarding the corresponding model numbers/product codes for these Devices.

3

1  ☐ PowerPort ClearVUE Slim Implantable Port

2  ☐ PowerPort duo M.R.I. Implantable Port

3  ☐ PowerPort Implantable Port

4  ☐ PowerPort isp Implantable Port

5  ☒ PowerPort isp M.R.I. Implantable Port

6  ☐ PowerPort M.R.I. Implantable Port

7  ☐ PowerPort Slim Implantable Port

8  ☐ PowerPort VUE M.R.I. Implantable Port

9  ☐ PowerPort VUE Titanium Implantable Port

10  ☐ SlimPort Dual-Lumen Rosenblatt Implantable Port

11  ☐ Titanium Low-Profile Port

12  ☐ Titanium SlimPort Implantable Port

13  ☐ Vaccess CT Low-Profile Titanium Power-Injectable Port

14  ☐ Vaccess CT Power-Injectable Implantable Port

15  ☐ X-Port isp M.R.I. Implantable Port

16  ☐ X-Port Low-Profile Titanium Port

17  ☐ Other: _____

18  12. Date(s) of implantation as to the foregoing Device(s):

19  6/14/2024

20  _____

21  13. Model number(s)/product code(s), if available, for the foregoing Device(s):

22  1808060

23  _____

24  14. Complication(s) alleged to have occurred from use of the foregoing Device(s):

25  ☐ Catheter fracture

26  ☐ Infection

27  ☒ Thrombosis

28  ☐ Other: _____

4

**V.     CAUSES OF ACTION**

15. Plaintiff(s) adopt(s) in this Short-Form Complaint the following claims and allegations asserted in the Master Long-Form Complaint:

☒ Count I: Design Defect – Strict Liability

☒ Count II: Design Defect – Negligence

☒ Count III: Failure to Warn/Instruct – Strict Liability

☒ Count IV: Failure to Warn/Instruct – Negligence

☒ Count V: Manufacturing Defect – Strict Liability

☒ Count VI: Manufacturing Defect – Negligence

☒ Count VII: Breach of Express Warranty

☒ Count VIII: Breach of Implied Warranty

☒ Count IX: Negligent Misrepresentation

☒ Count X: Fraudulent Misrepresentation

☒ Count XI: Fraudulent Concealment

☒ Count XII: Consumer Fraud and/or Unfair and Deceptive Trade Practices

☒ Count XIII: Unjust Enrichment

☐ Count XIV: Loss of Consortium

☐ Count XV: Wrongful Death

☐ Count XVI: Survival

☒ Timeliness and Tolling of Statutes of Limitation and Repose

☒ Punitive Damages

☐ Count XVII: Other _____

If additional claim(s) against Defendant(s) are alleged in Count XVII above, the facts supporting such claim(s) must be pleaded. Plaintiff(s) assert(s) the following factual allegations:

_____

_____

_____

1  _____

2  _____

3  _____

4  16. Jury Trial demanded for all issues so triable?

5  ☒ Yes

6  ☐ No

7

8  　　　WHEREFORE, Plaintiff(s) pray(s) for relief and judgment against Defendants and

9  all such further relief that this Court deems equitable and just as set forth in the Master

10  Long Form Complaint and Jury Demand and any additional relief to which Plaintiff(s)

11  may be entitled.

12

13  Dated: ___1/30/2025_____　　　　Respectfully submitted,

14  　　　　　　　　　　　　　　　　　_/s/_ David Kuttles_____

15  　　　　　　　　　　　　　　　　David Kuttles, Esq.

16  　　　　　　　　　　　　　　　　Admitted Pro Hac Vice

17  　　　　　　　　　　　　　　　　The Lanier Law Firm

18  　　　　　　　　　　　　　　　　535 Madison Avenue, 12th Floor

19  　　　　　　　　　　　　　　　　New York, NY 10022

20  　　　　　　　　　　　　　　　　(T) 212-421-2800

21  　　　　　　　　　　　　　　　　(F) 212-421-2878

22  　　　　　　　　　　　　　　　　david.kuttles@lanierlawfirm.com

23

24

25

26

27

28

# EXHIBIT A

| Brand Name | Model Number/Product Code |
|---|---|
| BardPort M.R.I. Implantable Port | 0602610, 0602620, 0602640, 0602650, 0602660, 0602670, 0602680, 0602690, 0602830, 0602833, 0602840, 0602843, 0605400, 0605420, 0607173 |
| BardPort M.R.I. Low-Profile Implantable Port | 0603830, 0603840, 0603870, 0603880, 6603880 |
| BardPort Titanium Dome Implantable Port | 0602850, 0602860, 0602870 |
| BardPort Titanium Implantable Port | 0602230, 0602240, 0602270, 0602290, 0603000, 0602820, 0605300, 0605320, 0607301, 0607302, 0602210, 0602260, 0602280, 0602810 |
| M.R.I. Plastic Dual Lumen Port | 0603500, 0605920, 0605930, 0607100, 0607200, 0615460 |
| M.R.I. Ultra SlimPort Implantable Port | 0605640, 0655640 |
| Peritoneal Titanium Port | 0603000, 0603006 |
| PowerFlow Implantable Apheresis IV Port | A710962 |
| PowerPort ClearVUE isp Implantable Port | 1606052, 1606062, 1606362, 1606382, 1608052, 1608062, 1608362, 1608382, 1666362, 1668362, 1676300, 5606362, 5608062, 5608362, 5666362, 5668362, CP00004 |

| | |
|---|---|
| PowerPort ClearVUE Slim Implantable Port | 1616000, 1616001, 1616070, 1616071, 1616300, 1616380, 1618000, 1618001, 1618070, 1618300, 1618380, 1676301, 1678300, 1678301, 5616000, 5616300, 5618000, 5618300, 5676300, 5676301, 5678300, 5678301, CP00005 |
| PowerPort duo M.R.I. Implantable Port | 1829500, 1829570, 5829500, 5829502 |
| PowerPort Implantable Port | 1708000, 1708001, 1708070, 1708071, 1709600, 1709601, 1759600, 1759601, 1778000, 1778001, 1778070, 1778071 |
| PowerPort isp Implantable Port | 1706050, 1706051, 1706060, 1706061, 1708050, 1708051, 1708060, 1708061, 1708160, 1708550, 1708551, 1708560, 1708561, 4708060, 4708061, 4708560, 4708561, CP00001, CP00002, CP00003, CP00009 |
| PowerPort isp M.R.I. Implantable Port | 1806050, 1806051, 1806060, 1806061, 1808050, 1808051, 1808060, 1808061, 1808069, 1808360, 1808550, 1808551, 1808560, 1808561, 1809660, 1809661, 1859660, 1859661, 4808060, 4808061, 4808560, 4808561, 9808560 |
| PowerPort M.R.I. Implantable Port | 1808000, 1808001, 1808002, 1808070, 1808071, 1808300, 1809600, 1809601, 1809670, 1859600, 1859601, 1878000, 1878001, 1878070, 1878071 |

| | |
|---|---|
| PowerPort Slim Implantable Port | 1716000, 1716001, 1716070, 1716071, 1716080, 1718000, 1718001, 1718070, 1718500, 1718501, 1718570, 1718571, CP00008 |
| PowerPort VUE M.R.I. Implantable Port | 1806052, 1806062, 1808052, 1808062 |
| PowerPort VUE Titanium Implantable Port | 1706052, 1706062, 1708052, 1708062 |
| SlimPort Dual-Lumen Rosenblatt Implantable Port | 0604970, 0624970, 0654970 |
| Titanium Low-Profile Port | 0602180, 0602190, 0605490, 0605510, 0606100, 0606150, 0606200 |
| Titanium SlimPort Implantable Port | 0605550, 0605560, 0655510 |
| Vaccess CT Low-Profile Titanium Power-Injectable Port | 7360000, 7360001, 7380000 |
| Vaccess CT Power-Injectable Implantable Port | 7460000, 7480000, 7496000 |
| X-Port isp M.R.I. Implantable Port | 0607500, 0607510, 0607520, 0607530, 0607540, 0607550, 0607555, 0657500, 0657510, 0657520, 0657525, 7707540, 7757540 |
| X-Port Low-Profile Titanium Port | 0655870, 0605840, 0605850 |